170 A.3d 289

**JONES, Clinton**

v.

**STATE of Maryland**

**Case No. 34, Sept. Term, 2017**

Court of Appeals of Maryland.

September 25, 2017

Case dismissed prior to oral argument.

170 A.3d 289

**BELL AND BON SECOURS HOSPITAL**

v.

**CHANCE**

**Pet. Docket No. 145, Sept.Term, 2017**

Court of Appeals of Maryland.

September 12, 2017

Opinion of the Court of Special Appeals unreported (No. 2259, Sept.Term, 2014). Transferred to the regular docket as No. 36, Sept.Term, 2017.

Petition for writ of certiorari granted